JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONY R. ROMERO, | Case No. 5:22-cv-00671-JDE |
|               Plaintiff, | JUDGMENT |
|          v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|               Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: March 09, 2023

_____
JOHN D. EARLY
United States Magistrate Judge